| TRANSFER OF JURISDICTION | DOCKET NUMBER (Transferring Court) |
|---|---|
| | 1:12CR00041-1 |

| | DOCKET NUMBER (Receiving Court) |
|---|---|
| | 3:14-0000 2 -01 |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | SD/IN | Indianapolis |
| Patricia A Campbell ▓▓▓▓▓▓▓▓▓▓ Spring Hill, TN 37147 | NAME OF SENTENCING JUDGE The Honorable William T. Lawrence U.S. District Court Judge | |

| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/17/2013 | TO 3/25/2016 |
|---|---|---|---|

| OFFENSE | | | |
|---|---|---|---|
| Theft of Public Money, Property or Records | | | |

## PART 1 - ORDER TRANSFERRING JURISDICTION

### United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>Middle District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| <u>12/27/13</u> | _William T Lawrence_ |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.*

## PART 2 - ORDER ACCEPTING JURISDICTION

### United States District Court for the <u>Middle</u> District of <u>Tennessee</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee is accepted and assumed by this Court from and after the entry of this order.

| <u>1/3/14</u> | _Todd Campbell_ |
|---|---|
| Date | United States District Judge |